(No. 5994-)

Geraldine T. Hubbard, as Executrix of the Estate of Emery Hubbard, deceased, Claimant, *vs.* State of Illinois, Illinois Youth Commission, Respondent.

*Opinion filed August 30, 1971.*

Knuppel, Grosboll, Becker and Tice, Attorney for Claimant.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Perlin, C.J.